# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3787
Lower Tribunal No. CF04-004689-XX

_____

CHRISTOPHER LEHNING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

WHITE, SMITH and GANNAM, JJ., concur.


Christopher Lehning, Crestview, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED